425 A.2d 28

Humphreys Exterm. Co. Inc. v. Gardner et al., Appellants.

Argued June 21, 1979. Frank Mayer, for appellant; David P. Grau, for appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Order affirmed.

425 A.2d 29

Wagner, Appellant v. Wagner Sand Co. Inc. et al., etc.

Argued September 10, 1979. Frank D. Llewellyn, for appellant; Roger N. Nanovic, for appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.

* President Judge Francis J. Catania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.